B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Eastern District of Virginia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Woodlawn Landscaping, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA Woodlawn Professional Lawn Care, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**54-1427129** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**2431 New Dorset Terrace**<br>**Powhatan, VA**<br>ZIP Code **23139** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Powhatan** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

---

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:

- ☒ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:

- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10) Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Woodlawn Landscaping, Inc.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Woodlawn Landscaping, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Graham T. Jennings, Jr., PC**
Signature of Attorney for Debtor(s)

**Graham T. Jennings, Jr., PC**
Printed Name of Attorney for Debtor(s)

**Graham T. Jennings, Jr., P.C.**
Firm Name
**P.O. Box 426**
**Powhatan, VA 23139**

_____
Address

**Email: powlaw@juno.com**
**(804) 598-7912  Fax: (804) 591-0323**
Telephone Number
**September 28, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Michael P. Wood**
Signature of Authorized Individual
**Michael P. Wood**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
**September 28, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Woodlawn Landscaping, Inc.**

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Advanta**<br>**PO Box 5657**<br>**Hicksville, NY 11802-5657** | **Advanta**<br>**PO Box 5657**<br>**Hicksville, NY 11802-5657** | **Trade debt** | | **11,042.02** |
| **American Express**<br>**PO Box 360001**<br>**Fort Lauderdale, FL 33336-0001** | **American Express**<br>**PO Box 360001**<br>**Fort Lauderdale, FL 33336-0001** | **Trade debt --**<br>**Business credit card** | | **8,617.59** |
| **Bank of America**<br>**PO Box 60073**<br>**City of Industry, CA 91716-0073** | **Bank of America**<br>**PO Box 60073**<br>**City of Industry, CA 91716-0073** | **Trade debt --**<br>**Business credit card** | | **15,101.64** |
| **Chase**<br>**PO Box 15153**<br>**Wilmington, DE 19886-5153** | **Chase**<br>**PO Box 15153**<br>**Wilmington, DE 19886-5153** | **Trade debt --**<br>**Business credit card** | | **9,370.64** |
| **Davis Merchant Equipment**<br>**2605 Anderson Highway**<br>**Powhatan, VA 23139-8905** | **Davis Merchant Equipment**<br>**2605 Anderson Highway**<br>**Powhatan, VA 23139-8905** | **Trade debt --**<br>**Equipment vendor** | | **5,037.98** |
| **Edward S. Whitlock, III, Esq.**<br>**10160 Staples Mill Road**<br>**Suite 105**<br>**Glen Allen, VA 23060** | **Edward S. Whitlock, III, Esq.**<br>**10160 Staples Mill Road**<br>**Suite 105**<br>**Glen Allen, VA 23060** | **Attorney fees**<br>**Re: Meadowspring Turf v. Woodlawn Landscaping and Michael P. Wood Case No. GV11000462** | | **7,222.36** |
| **Elinor Dowdy**<br>**1700 Fariss Rd.**<br>**Powhatan, VA 23139** | **Elinor Dowdy**<br>**1700 Fariss Rd.**<br>**Powhatan, VA 23139** | **Trade debt --**<br>**Business loan from relative** | | **16,000.00** |
| **Ford Credit**<br>**PO Box 94380**<br>**Palatine, IL 60094** | **Ford Credit**<br>**PO Box 94380**<br>**Palatine, IL 60094** | **2009 Ford S-Duty F-250, 72,000 miles Location: 2431 New Dorset Terrace, Powhatan VA 23139** | | **29,510.64**<br><br>**(23,475.00 secured)** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Woodlawn Landscaping, Inc.**                                    Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Ford Credit** **PO Box 94380** **Palatine, IL 60094** | **Ford Credit** **PO Box 94380** **Palatine, IL 60094** | **2010 Ford S-Duty F-350, 27,000 miles Location: 2431 New Dorset Terrace, Powhatan VA 23139** | | **35,780.59** **(27,100.00 secured)** |
| **Internal Revenue Service** **PO Box 7346** **Philadelphia, PA 19101-7346** | **Internal Revenue Service** **PO Box 7346** **Philadelphia, PA 19101-7346** | **941 Taxes 2011** | | **5,349.63** |
| **Jericho Farms** **380 Washington Street** **Pikeville, NC 27863** | **Jericho Farms** **380 Washington Street** **Pikeville, NC 27863** | **Trade debt -- Landscaping vendor** | | **10,707.62** |
| **John Deere Landscapes** **743 Grove Road** **Midlothian, VA 23114** | **John Deere Landscapes** **743 Grove Road** **Midlothian, VA 23114** | **Trade debt Re: John Deere v. Woodlawn Landscaping, Inc., and Michael Wood Case No. 800CL11000633-00** | | **55,856.42** |
| **Landscape Supply** **PO Box 12706** **Roanoke, VA 24027** | **Landscape Supply** **PO Box 12706** **Roanoke, VA 24027** | **Trade debt -- Landscaping vendor** | | **14,948.59** |
| **Lesco Credit Services** **PO Box 530970** **Atlanta, GA 30353-0970** | **Lesco Credit Services** **PO Box 530970** **Atlanta, GA 30353-0970** | **Trade debt -- Equipment financing GE Money Bank** | | **9,629.57** |
| **Meadowspring Turf** **17820 The Glebe Lane** **Charles City, VA 23030-3829** | **Meadowspring Turf** **17820 The Glebe Lane** **Charles City, VA 23030-3829** | **Trade debt -- Landscaping vendor Re: Meadowspring Turf, LLC v. Woodlawn Landscaping, Inc. and Michael P. Wood Interest: 18% from 06/01/2011 Costs:** | | **18,055.90** |
| **Smith Turf** **STI Holdings, Inc.** **PO Box 669388** **Charlotte, NC 28266** | **Smith Turf** **STI Holdings, Inc.** **PO Box 669388** **Charlotte, NC 28266** | **Trade debt** | | **11,492.15** |
| **Swift Creek Berry Farm** **17210 Genito Rd** **Moseley, VA 23120** | **Swift Creek Berry Farm** **17210 Genito Rd** **Moseley, VA 23120** | **Trade debt -- Landscaping supplier** | | **5,827.32** |
| **Virginia Resources Recycled** **PO Box 1150** **Midlothian, VA 23113** | **Virginia Resources Recycled** **PO Box 1150** **Midlothian, VA 23113** | **Trade debt -- Landscaping vendor** | | **10,406.95** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Woodlawn Landscaping, Inc.**                              Case No. _____
                           Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Wells Fargo**<br>**Payment Remittance Center**<br>**PO Box 6426**<br>**Carol Stream, IL 60197-6426** | **Wells Fargo**<br>**Payment Remittance Center**<br>**PO Box 6426**<br>**Carol Stream, IL 60197-6426** | **Trade debt --**<br>**Business credit**<br>**card** | | **13,500.00** |
| **Yard Works**<br>**19001 Hull Street Rd.**<br>**Moseley, VA 23120** | **Yard Works**<br>**19001 Hull Street Rd.**<br>**Moseley, VA 23120** | **Trade debt --**<br>**Landscaping**<br>**supplier** | | **18,642.13** |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **September 28, 2011**                    Signature  **/s/ Michael P. Wood**
                                                          **Michael P. Wood**
                                                          **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re    **Woodlawn Landscaping, Inc.**                          ,      Case No. _____

                                  Debtor

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 11 | 378,219.90 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 80,575.45 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 8,649.49 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | 298,370.23 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 31 | | | |
| Total Assets | | | 378,219.90 | | |
| Total Liabilities | | | | 387,595.17 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Eastern District of Virginia

In re    **Woodlawn Landscaping, Inc.** _____ ,    Case No. _____
                                                    Debtor

                                                    Chapter _____ **11** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Woodlawn Landscaping, Inc.** ,    Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

___0___  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Woodlawn Landscaping, Inc.**                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Business Checking Account No. 41030550 Central Virginia Bank PO Box 39 Powhatan, VA 23139** | - | 14,172.86 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Commercial Auto and Liability Insurance Account No. CBP460-2266 Ohio Casualty, 9450 Seward Rd, Fairfield, OH 45014 Broker: Ball Martin Insurance Ohio Casualty 589 Southlake Blvd Richmond, VA 23235** | - | 0.00 |

|  |  |  | Sub-Total > | 14,172.86 |
|---|---|---|---|---|
|  |  |  | (Total of this page) | |

__10__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Woodlawn Landscaping, Inc.**                                            , Case No. _____
_____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Term 15-year life insurance policy, $100,000, issued 06/2006** <br>**Insured:  Michael P. Wood** <br>**Beneficiary:  Woodlawn Landscaping, Inc.** <br>**Policy No. 00528492** <br>**Genworth Life and Annuity Insurance Company** <br>**700 Main Street** <br>**Lynchburg, VA 24505** | - | 0.00 |
| | | **Term life insurance policy, $100,000 policy** <br>**Insured: Nicholas Wood** <br>**Beneficiary:  Woodlawn Landscaping, Inc.** <br>**Policy No. 9662876** <br>**Genworth Life and Annuity Insurance Company** <br>**700 Main Street** <br>**PO Box 1280** <br>**Lynchburg, VA 24505** | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Woodlawn Landscaping, Inc.** <br>**Location: 2431 New Dorset Terrace, Powhatan VA 23139** <br>**Market value of business listed under all other categories** | - | 1.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Monthly Maintenance Contract** <br>**ACS West, Inc.** <br>**PO Box 11361** <br>**Richmond, VA 23230** | - | 8,657.00 |

Sub-Total >        8,658.00
(Total of this page)

Sheet __1__ of __10__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Woodlawn Landscaping, Inc.**
_____ ,   Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Annual Maintenance Contract**<br>**Angie Asal**<br>**3535 Richards Run**<br>**Powhatan, VA 23139** | - | 2,400.00 |
| | | **Monthly Maintenance Contract**<br>**Amerisource Bergen Services**<br>**9900 Jeb Stuart Parkway**<br>**ATTN: Robert Keller**<br>**Glen Allen, VA 23059** | - | 1,333.00 |
| | | **Monthly Maintenance Contract**<br>**Wayne Boggs**<br>**2820 Park Ridge Road**<br>**Midlothian, VA 23113** | - | 219.00 |
| | | **Annual Maintenance Contract**<br>**Central Virginia Bank**<br>**PO Box 39**<br>**Powhatan, VA 23139** | - | 2,664.00 |
| | | **Monthly Maintenance Contract**<br>**Chick-Fil-A**<br>**1590 Koger Center Blvd**<br>**Richmond, VA 23235** | - | 300.91 |
| | | **Monthly Maintenance Contract**<br>**Cross Creek Apartments**<br>**7660 Van Hoy Drive**<br>**Richmond, VA 23235** | - | 3,343.00 |
| | | **Monthly Maintenance Contract**<br>**A. R. Curtis**<br>**563 Fed Lane**<br>**Manakin-Sabot, VA 23103-2155** | - | 680.50 |
| | | **Monthly Maintenance Contract**<br>**Daly Seven, Inc.**<br>**4829 Riverside Drive**<br>**Attn: Barry Toms**<br>**Danville, VA 24541** | - | 1,372.00 |
| | | **Monthly Maintenance Contract**<br>**Essex Bank**<br>**2320 Anderson Highway**<br>**Powhatan, VA 23139** | - | 344.00 |

Sub-Total >    **12,656.41**
(Total of this page)

Sheet __2__ of __10__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Woodlawn Landscaping, Inc.**                                    ,    Case No. _____
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Monthly Maintenance Contract<br>Firestone Tire<br>13725 Midlothian Turnpike<br>Midlothian, VA 23234 | - | 401.66 |
| | | Monthly Maintenance Contract<br>Glen Burnie Nursing and Rehab<br>1901 Libbie Avenue<br>Richmond, VA 23226 | - | 1,400.00 |
| | | Monthly Maintenance Contract<br>Hallmark Youthcare Richmond<br>12800 West Creek Parkway<br>Richmond, VA 23238 | - | 650.00 |
| | | Monthly Maintenance Contract<br>Grubb & Ellis/Harrison & Bates<br>6606 West Broad St.<br>Suite 400<br>Richmond, VA 23230-1027 | - | 240.76 |
| | | Monthly Maintenance Contract<br>Chuck Hayward<br>9100 White Chimney Lane<br>Great Falls, VA 22066 | - | 154.00 |
| | | Monthly Maintenance Contract<br>Kasha Investments, LLC<br>3145 Marietta Highway<br>Canton, GA 30114 | - | 278.00 |
| | | Annual Maintenance Contract<br>Joseph C. Love, Jr.<br>2305 Cranborne Road<br>Midlothian, VA 23113 | - | 2,319.00 |
| | | Monthly Maintenance Contract<br>Powhatan County Public Schools<br>2320 Skaggs Road<br>Powhatan, VA 23139 | - | 6,712.00 |
| | | Monthly Maintenance Contract<br>Powhatan County Parks and Rec<br>3834 Old Buckingham Rd<br>Suite A<br>Powhatan, VA 23139 | - | 1,900.00 |

Sub-Total >        14,055.42
(Total of this page)

Sheet __3__ of __10__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Woodlawn Landscaping, Inc.**
_____,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Monthly Maintenance Contract<br>Whitney Mason & Co., LLC<br>Attn: Ben Black<br>1935 Brook Farm Court<br>Woodbridge, VA 22192 | - | 652.00 |
| | | Monthly Maintenance Contract<br>Marion H. Schwenk<br>224 Hixson Drive<br>Richmond, VA 23236-3184 | - | 209.00 |
| | | Monthly Maintenance Contract<br>Service Insurance Agent<br>6850 Catawba Lane<br>Richmond, VA 23226 | - | 280.00 |
| | | Monthly Maintenance Contract<br>Doug Sowers<br>1475 Oakbridge Court<br>Powhatan, VA 23139 | - | 457.00 |
| | | Monthly Maintenance Contract<br>Suburban Extended Stay Hotel<br>7831 Shrader Road<br>Richmond, VA 23294 | - | 495.00 |
| | | Monthly Maintenance Contract<br>Cathy Treutel<br>606 Fed Lane<br>Manakin Sabot, VA 23103 | - | 178.00 |
| | | Monthly Maintenance Contract<br>David Wasik<br>3817 Houndstooth Court<br>Richmond, VA 23233-7678 | - | 287.00 |
| | | Monthly Maintenance Contract<br>Kenneth Wheeler<br>225 Hixson Drive<br>Richmond, VA 23236-3182 | - | 178.00 |
| | | Monthly Maintenance Contract<br>YMCA-Powhatan<br>2269 Mann Road<br>Powhatan, VA 23139 | - | 670.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total >        3,406.00
(Total of this page)

Sheet __4__ of __10__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Woodlawn Landscaping, Inc.**                                    ,        Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **Term life insurance claim, $100,000 policy Insured:  Shane M. Wood, deceased 09/2011 Beneficiary: Woodlawn Landscaping, Inc. Policy No. 9662877 Genworth Life and Annuity Insurance Company 700 Main Street PO Box 1280 Lynchburg, VA 24505** | - | 100,000.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Re: Commonwealth of Virginia v. Christopher Michael Hubbard Restition for felony embezzlement owed by Christopher Michael Hubbard Contingent on sentencing** | - | 10,236.21 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Powhatan County Business License Location: 2431 New Dorset Terrace, Powhatan VA 23139** | - | 60.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Business Customer List Location: 2431 New Dorset Terrace, Powhatan VA 23139** | - | 80,000.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1995 Ford F-350, 257,731 miles Location: 2431 New Dorset Terrace, Powhatan VA 23139** | - | 1,950.00 |
| | | **1997 Ford F-150, 137,777 miles Location: 2431 New Dorset Terrace, Powhatan VA 23139** | - | 2,550.00 |

|  | Sub-Total >  | 194,796.21 |
|---|---|---|
|  | (Total of this page) |  |

Sheet __5__ of __10__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Woodlawn Landscaping, Inc.**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 2009 Ford S-Duty F-250, 72,000 miles<br>Location: 2431 New Dorset Terrace, Powhatan VA 23139 | - | 23,475.00 |
| | | 2010 Ford S-Duty F-350, 27,000 miles<br>Location: 2431 New Dorset Terrace, Powhatan VA 23139 | - | 27,100.00 |
| | | 2007 Ford F-550, 63,290 miles<br>Location: 2431 New Dorset Terrace, Powhatan VA 23139 | - | 19,000.00 |
| | | 2005 Ford F-250, 125,291 miles<br>Location: 2431 New Dorset Terrace, Powhatan VA 23139 | - | 8,100.00 |
| | | 1993 Tow-Rite<br>Location: 2431 New Dorset Terrace, Powhatan VA 23139 | - | 500.00 |
| | | 2005 Pequea<br>Location: 2431 New Dorset Terrace, Powhatan VA 23139 | - | 2,500.00 |
| | | 2005 Kraftsman<br>Location: 2431 New Dorset Terrace, Powhatan VA 23139 | - | 1,500.00 |
| | | 1991 Hazelwood Trailer<br>Location: 2431 New Dorset Terrace, Powhatan VA 23139 | - | 600.00 |
| | | 1995 Mr. Trailer<br>Location: 2431 New Dorset Terrace, Powhatan VA 23139 | - | 600.00 |
| | | 2000 Kaufman Trailer<br>Location: 2431 New Dorset Terrace, Powhatan VA 23139 | - | 800.00 |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | Computer Equipment<br>Location: 2431 New Dorset Terrace, Powhatan VA 23139 | - | 3,000.00 |

Sub-Total >        87,175.00
(Total of this page)

Sheet __6__ of __10__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Woodlawn Landscaping, Inc.**                                            ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Office Furniture/Supplies** **Location: 2431 New Dorset Terrace, Powhatan VA 23139** | - | 1,200.00 |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | **Kubota Zero Turn 60" ZD-21** **Location: 2431 New Dorset Terrace, Powhatan VA 23139** | - | 2,000.00 |
| | | **Van Pull-Behind Aerator** **Location: 2431 New Dorset Terrace, Powhatan VA 23139** | - | 200.00 |
| | | **Lesco Renovator** **Location: 2431 New Dorset Terrace, Powhatan VA 23139** | - | 200.00 |
| | | **John Deere Z Mower** **Location: 2431 New Dorset Terrace, Powhatan VA 23139** | - | 3,500.00 |
| | | **Trenchmaster** **Location: 2431 New Dorset Terrace, Powhatan VA 23139** | - | 200.00 |
| | | **Lesco Aerators (2)** **Location: 2431 New Dorset Terrace, Powhatan VA 23139** | - | 1,600.00 |
| | | **Toro 44" Walk Behind Mower** **Location: 2431 New Dorset Terrace, Powhatan VA 23139** | - | 400.00 |
| | | **Toro 36" Walk Behind Mower** **Location: 2431 New Dorset Terrace, Powhatan VA 23139** | - | 400.00 |
| | | **Lesco Leaf Vacuum** **Location: 2431 New Dorset Terrace, Powhatan VA 23139** | - | 2,500.00 |
| | | **Hustler 60" Z-mowers** **Location: 2431 New Dorset Terrace, Powhatan VA 23139** | - | 2,000.00 |
| | | **Meyer Snow Plow** **Location: 2431 New Dorset Terrace, Powhatan VA 23139** | - | 1,000.00 |

Sub-Total >          15,200.00
(Total of this page)

Sheet __7__ of __10__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

**B6B (Official Form 6B) (12/07) - Cont.**

In re    **Woodlawn Landscaping, Inc.**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Clarkson-Gregg Spray Unit**<br>**Location: 2431 New Dorset Terrace, Powhatan VA 23139** | - | 1,200.00 |
| | | **Toro Reel Mowers (2)**<br>**Location: 2431 New Dorset Terrace, Powhatan VA 23139** | - | 2,000.00 |
| | | **Snap-On Tools**<br>**Location: 2431 New Dorset Terrace, Powhatan VA 23139** | - | 3,000.00 |
| | | **Fisher Spreader**<br>**Location: 2431 New Dorset Terrace, Powhatan VA 23139** | - | 800.00 |
| | | **Fisher Snow Plow**<br>**Location: 2431 New Dorset Terrace, Powhatan VA 23139** | - | 1,000.00 |
| | | **Ryan Aerator**<br>**Location: 2431 New Dorset Terrace, Powhatan VA 23139** | - | 400.00 |
| | | **Gill Pulverizer**<br>**Location: 2431 New Dorset Terrace, Powhatan VA 23139** | - | 100.00 |
| | | **Cosmo P Model Spreader**<br>**Location: 2431 New Dorset Terrace, Powhatan VA 23139** | - | 200.00 |
| | | **Snow Blow - 1 Lesco, 1 Troy-Bilt**<br>**Location: 2431 New Dorset Terrace, Powhatan VA 23139** | - | 400.00 |
| | | **Chain Saws**<br>**Location: 2431 New Dorset Terrace, Powhatan VA 23139** | - | 150.00 |
| | | **Weed Eaters (11)**<br>**Location: 2431 New Dorset Terrace, Powhatan VA 23139** | - | 1,000.00 |
| | | **Mantis - 3 Tillers**<br>**Location: 2431 New Dorset Terrace, Powhatan VA 23139** | - | 400.00 |

Sub-Total >              **10,650.00**
(Total of this page)

Sheet __8__ of __10__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Woodlawn Landscaping, Inc.**                                      ,        Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Trimmers - 3 Echos**<br>**Location: 2431 New Dorset Terrace, Powhatan VA 23139** | - | 400.00 |
| | | **Pole Trimmers - 2 Echos**<br>**Location: 2431 New Dorset Terrace, Powhatan VA 23139** | - | 400.00 |
| | | **Star Powerwasher**<br>**Location: 2431 New Dorset Terrace, Powhatan VA 23139** | - | 150.00 |
| | | **Tire Machine**<br>**Location: 2431 New Dorset Terrace, Powhatan VA 23139** | - | 800.00 |
| | | **Spreaders - 2 Andersons, 1 Prizelawn, 4 Lesco**<br>**Location: 2431 New Dorset Terrace, Powhatan VA 23139** | - | 400.00 |
| | | **Huskee Tiller**<br>**Location: 2431 New Dorset Terrace, Powhatan VA 23139** | - | 100.00 |
| | | **Misc. Shop Supplies**<br>**Location: 2431 New Dorset Terrace, Powhatan VA 23139** | - | 3,000.00 |
| | | **Hustler 60" Z-mower**<br>**Location: 2431 New Dorset Terrace, Powhatan VA 23139** | - | 3,000.00 |
| | | **Backpack blowers (7)**<br>**Location: 2431 New Dorset Terrace, Powhatan VA 23139** | - | 1,200.00 |
| | | **Echo power edgers (2)**<br>**Location: 2431 New Dorset Terrace, Powhatan VA 23139** | - | 400.00 |
| | | **Jacobson LF3800 Reel Mower**<br>**Location: 2431 New Dorset Terrace, Powhatan VA 23139** | - | 4,000.00 |
| | | **Echo Engine Drill - Auger**<br>**Location: 2431 New Dorset Terrace, Powhatan VA 23139** | - | 100.00 |

                                                              Sub-Total >        **13,950.00**
                                                        (Total of this page)

Sheet __9__ of __10__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Woodlawn Landscaping, Inc.**_____,    Case No. _____
                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Boss Snow Plow 8 ft. Power V**<br>**Location: 2431 New Dorset Terrace, Powhatan VA 23139** | - | **3,500.00** |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **3,500.00** |
| Total > | **378,219.90** |

Sheet __10__ of __10__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

**B6D (Official Form 6D) (12/07)**

In re  **Woodlawn Landscaping, Inc.** , Case No. _____
_____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **45296177** <br><br> **Ford Credit** <br> **PO Box 94380** <br> **Palatine, IL 60094** | | - | | 11/30/2009 <br><br> **Auto Loan** <br><br> **2009 Ford S-Duty F-250, 72,000 miles Location: 2431 New Dorset Terrace, Powhatan VA 23139** | | | | | |
| | | | | Value $         23,475.00 | | | | 29,510.64 | 6,035.64 |
| Account No. **45497165** <br><br> **Ford Credit** <br> **PO Box 94380** <br> **Palatine, IL 60094** | | - | | 03/29/2010 <br><br> **Auto Loan** <br><br> **2010 Ford S-Duty F-350, 27,000 miles Location: 2431 New Dorset Terrace, Powhatan VA 23139** | | | | | |
| | | | | Value $         27,100.00 | | | | 35,780.59 | 8,680.59 |
| Account No. **42280603** <br><br> **Ford Credit** <br> **PO Box 94380** <br> **Palatine, IL 60094** | | - | | 10/01/2007 <br><br> **Auto Loan** <br><br> **2007 Ford F-550, 63,290 miles Location: 2431 New Dorset Terrace, Powhatan VA 23139** | | | | | |
| | | | | Value $         19,000.00 | | | | 14,084.22 | 0.00 |
| Account No. **6034620821008598** <br><br> **Hustler GE Money** <br> **PO Box 960061** <br> **Orlando, FL 32896-0061** | | - | | 10/06/2008 <br><br> **Hustler 60" Z-mowers Location: 2431 New Dorset Terrace, Powhatan VA 23139** | | | | | |
| | | | | Value $         2,000.00 | | | | 1,200.00 | 0.00 |
| **0** continuation sheets attached | | | | Subtotal <br> (Total of this page) | | | | 80,575.45 | 14,716.23 |
| | | | | Total <br> (Report on Summary of Schedules) | | | | 80,575.45 | 14,716.23 |

B6E (Official Form 6E) (4/10)

.

In re    **Woodlawn Landscaping, Inc.**                                         ,        Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___1___    continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Woodlawn Landscaping, Inc.**                                    , Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **54-1427129**<br><br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | - | | **2011**<br>**941 Taxes 2011** | | | | 5,349.63 | 0.00 | 5,349.63 |
| Account No. **54-1427129**<br><br>**VA Department of Taxation**<br>**PO Box 1777**<br>**Richmond, VA 23218** | - | | **2011**<br>**2011 Taxes** | | | | 624.23 | 0.00 | 624.23 |
| Account No. **54-1427129**<br><br>**Virginia Employment Commission**<br>**PO Box 1358**<br>**Richmond, VA 23218-1358** | - | | **2011**<br>**2011 VEC Taxes** | | | | 2,675.63 | 0.00 | 2,675.63 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | |
|---|---|---|
| Sheet **1** of **1** continuation sheets attached to | Subtotal | 0.00 |
| Schedule of Creditors Holding Unsecured Priority Claims | (Total of this page) | 8,649.49 | 8,649.49 |
| | Total | 0.00 |
| | (Report on Summary of Schedules) | 8,649.49 | 8,649.49 |

B6F (Official Form 6F) (12/07)

In re    **Woodlawn Landscaping, Inc.**_____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 0123573<br><br>**ACF Environmental**<br>**PO Box 758763**<br>**Baltimore, MD 21275-8763** | - | | **11/03/2008**<br>**Trade debt** | | | | 4,013.48 |
| Account No. 5584-1800-0921-4308<br><br>**Advanta**<br>**PO Box 5657**<br>**Hicksville, NY 11802-5657** | | | **12/04/2006**<br>**Trade debt** | | | | 11,042.02 |
| Account No. **WOLAND**<br><br>**Agrium**<br>**PO Box 532076**<br>**Atlanta, GA 30353-2076** | - | | **03/21/2011**<br>**Trade debt** | | | | 3,756.44 |
| Account No. 15015320<br><br>**AM Leonard**<br>**241 Fox Drive**<br>**Piqua, OH 45356-0816** | - | | **12/08/2010**<br>**Trade debt -- Equipment supplier** | | | | 779.81 |

| | | Subtotal<br>(Total of this page) | 19,591.75 |
|---|---|---|---|

___11___  continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re __Woodlawn Landscaping, Inc._____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 3715-511747-42000 | | | | 08/04/2005 Trade debt -- Business credit card | | | | |
| American Express PO Box 360001 Fort Lauderdale, FL 33336-0001 | - | | | | | | | 8,617.59 |
| Account No. 4339430006816047 | | | | 08/04/2005 Trade debt -- Business credit card | | | | |
| Bank of America PO Box 60073 City of Industry, CA 91716-0073 | - | | | | | | | 15,101.64 |
| Account No. 10073646 | | | | 01/19/2009 Trade debt -- Tire distributor Balance: $2,332.94 Service Fee: $58.32 | | | | |
| Caroll Tire PO Box 277612 Atlanta, GA 30384-7612 | - | | | | | | | 2,391.26 |
| Account No. 020865 | | | | 05/16/2005 Trade debt -- Equipment vendor | | | | |
| Carter Machinery Co, Inc. PO Box 751053 Charlotte, NC 28275-1053 | - | | | | | | | 845.21 |
| Account No. 020865 | | | | 09/11/2007 Trade debt -- CAT Rental | | | | |
| Carter Rental PO Box 751053 Charlotte, NC 28275-1053 | - | | | | | | | 87.44 |

Sheet no. __1___ of __11___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    27,043.14

B6F (Official Form 6F) (12/07) - Cont.

In re    **Woodlawn Landscaping, Inc.**                                            ,    Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 8876926<br><br>**Central Insurance Company**<br>**PO Box 828**<br>**Van Wert, OH 45891-0828** | - | | 10/06/2009<br>**Trade debt -- Business insurance** | | | | 1,439.00 |
| Account No. 4246-3112-1803-3501<br><br>**Chase**<br>**PO Box 15153**<br>**Wilmington, DE 19886-5153** | - | | 06/03/1999<br>**Trade debt -- Business credit card** | | | | 9,370.64 |
| Account No. 2615<br><br>**Colesville Nursery**<br>**PO Box 208**<br>**Ashland, VA 23005** | - | | 07/01/2009<br>**Trade debt** | | | | 1,081.75 |
| Account No. WOODLA<br><br>**Davis Merchant Equipment**<br>**2605 Anderson Highway**<br>**Powhatan, VA 23139-8905** | - | | 2011<br>**Trade debt -- Equipment vendor** | | | | 5,037.98 |
| Account No.<br><br>**DCF Construction**<br>**24073 Sparta Road**<br>**Milford, VA 22514** | - | | 11/02/2009<br>**Trade debt** | | | | 1,350.00 |

Sheet no. __2__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,279.37

B6F (Official Form 6F) (12/07) - Cont.

In re   **Woodlawn Landscaping, Inc.**                                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 911C300381763538<br><br>Ditch Witch of VA<br>11053 Washington Hwy<br>PO Box 66<br>Glen Allen, VA 23059 | - | | 08/10/2009<br>Trade debt -- Equipment vendor | | | | 113.41 |
| Account No. 920<br><br>Domestic Uniform Rental<br>PO Box 1725<br>Richmond, VA 23218 | - | | 03/09/2005<br>Trade debt -- Uniform vendor | | | | 309.62 |
| Account No. AN4100<br><br>ECS, LLC<br>14026 Thunderbolt Place<br>Suite 100<br>Chantilly, VA 20151 | - | | 09/10/2010<br>Trade debt -- Engineering, consulting and testing vendor | | | | 665.00 |
| Account No. 2099130402.001<br><br>Edward S. Whitlock, III, Esq.<br>10160 Staples Mill Road<br>Suite 105<br>Glen Allen, VA 23060 | - | | 07/2011<br>Attorney fees<br>Re: Meadowspring Turf v. Woodlawn Landscaping and Michael P. Wood<br>Case No. GV11000462 | | | | 7,222.36 |
| Account No.<br><br>Elinor Dowdy<br>1700 Fariss Rd.<br>Powhatan, VA 23139 | - | | 2011<br>Trade debt -- Business loan from relative | | | | 16,000.00 |

Sheet no.  __3___ of  __11__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                24,310.39

B6F (Official Form 6F) (12/07) - Cont.

In re  **Woodlawn Landscaping, Inc.** _____,    Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **WOODLAWN** <br><br> **Eric Bartland, CPA PC** <br> **PO Box 1093** <br> **Powhatan, VA 23139** | | - | | **11/11/2010** <br> **Trade debt -- Accountant** | | | | **1,000.00** |
| Account No. 3696585466 <br><br> **Exxon Mobil** <br> **PO Box 5727** <br> **Carol Stream, IL 60197-5727** | | - | | **07/26/2010** <br> **Trade debt** | | | | **1,703.17** |
| Account No. 5569-6720-0302-2793 <br><br> **FleetCor** <br> **PO Box 70997** <br> **Suite 300** <br> **Charlotte, NC 28272-0997** | | - | | **08/27/2007** <br> **Trade debt -- Auto gas card** | | | | **2,010.96** |
| Account No. 800CL11000633-00 <br><br> **Gerald J. O'Brien** <br> **9055 Comprint Court** <br> **Suite 340** <br> **Gaithersburg, MD 20877-1310** | | - | | **2011** <br> **Attorney Fees** <br> **John Deere Landscaping, Inc. v.** <br> **Ritchie-Curbow Construction and Westfield Insurance and Woodlawn Landscaping and Michael P. Wood** | | | | **1.00** |
| Account No. <br><br> **GL Cornell** <br> **16031  Industrial Drive** <br> **Gaithersburg, MD 20877-1452** | | - | | **2011** <br> **Trade debt** | | | | **191.44** |
| Sheet no. __4___ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal <br> (Total of this page) | | | | **4,906.57** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Woodlawn Landscaping, Inc.**                              ,    Case No. _____
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2861874** <br><br> **Hertz Equipment Rental** <br> **PO Box 650280** <br> **Dallas, TX 75265** | - | | **12/03/2008** <br> **Trade debt -- Equipment rental** | | | | 80.41 |
| Account No. **6666** <br><br> **Hurricane Fence** <br> **PO Box 27527** <br> **Richmond, VA 23261-7527** | - | | **07/19/2010** <br> **Trade debt -- Supply vendor** | | | | 1,318.33 |
| Account No. <br><br> **Jericho Farms** <br> **380 Washington Street** <br> **Pikeville, NC 27863** | - | | **10/20/2008** <br> **Trade debt -- Landscaping vendor** | | | | 10,707.62 |
| Account No. <br><br> **John Deere Financial** <br> **6400 NW 86th St.** <br> **PO Box 6600** <br> **Johnston, IA 50131-6600** | - | | **10/2007** <br> **Trade debt** | | | | 3,297.68 |
| Account No. **201725** <br><br> **John Deere Landscapes** <br> **743 Grove Road** <br> **Midlothian, VA 23114** | - | | **11/14/2007** <br> **Trade debt** <br> **Re: John Deere v. Woodlawn Landscaping,** <br> **Inc., and Michael Wood** <br> **Case No. 800CL11000633-00** | | | | 55,856.42 |

| | | |
|---|---|---|
| Sheet no. __5__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | 71,260.46 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Woodlawn Landscaping, Inc.**                                   ,        Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **19340**<br><br>**Lancaster Farms**<br>**5800 Knotts Neck Rd.**<br>**Suffolk, VA 23435-1840** | | - | | **09/21/2010**<br>**Trade debt** | | | | 1,201.06 |
| Account No. **00-503836**<br><br>**Landscape Supply**<br>**PO Box 12706**<br>**Roanoke, VA 24027** | | - | | **07/19/2006**<br>**Trade debt -- Landscaping vendor** | | | | 14,948.59 |
| Account No. **11-012**<br><br>**Leipertz Construction**<br>**PO Box 266**<br>**Midlothian, VA 23113** | | - | | **04/04/2011**<br>**Compensation for subcontract work,**<br>**contingent on final contract amount.** | X | | | 1.00 |
| Account No. **6044062000062740**<br><br>**Lesco Credit Services**<br>**PO Box 530970**<br>**Atlanta, GA 30353-0970** | | - | | **2010**<br>**Trade debt -- Equipment financing**<br>**GE Money Bank** | | | | 9,629.57 |
| Account No.<br><br>**Maintenance Service**<br>**4131 Hunter's Ridge Drive**<br>**Moseley, VA 23120** | | - | | **07/15/2011**<br>**Trade debt** | | | | 1,420.00 |

Sheet no. __6___ of __11___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,200.22

B6F (Official Form 6F) (12/07) - Cont.

In re    **Woodlawn Landscaping, Inc.** _____,    Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Woodlawn Landsc**<br><br>**Meadowspring Turf**<br>**17820 The Glebe Lane**<br>**Charles City, VA 23030-3829** | - | | 05/10/2005<br>**Trade debt -- Landscaping vendor**<br>**Re: Meadowspring Turf, LLC v. Woodlawn**<br>**Landscaping, Inc. and Michael P. Wood**<br>**Interest: 18% from 06/01/2011**<br>**Costs: $64** | | | | 18,055.90 |
| Account No.<br><br>**Papco, Inc.**<br>**4920 Southern Blvd**<br>**Virginia Beach, VA 23462** | - | | 04/08/2010<br>**Trade debt** | | | | 3,466.36 |
| Account No.<br><br>**PJ's Special Services**<br>**13801 N. Lodore Rd.**<br>**Amelia Court House, VA 23002** | - | | 02/18/2008<br>**Trade debt** | | | | 700.00 |
| Account No. **C6529820**<br><br>**Quill Corporation**<br>**PO Box 37600**<br>**Philadelphia, PA 19101-0600** | - | | 01/25/2010<br>**Trade debt -- Office supply vendor** | | | | 374.45 |
| Account No. **221358**<br><br>**RBI Corporation**<br>**PO Box 9318**<br>**Richmond, VA 23227** | - | | 04/14/2006<br>**Trade debt** | | | | 119.95 |

Sheet no. __7__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,716.66

B6F (Official Form 6F) (12/07) - Cont.

In re    **Woodlawn Landscaping, Inc.**                                    ,      Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No.  **WOODLAWN**<br><br>Red Oak Nurseries<br>22111 Kings Hwy<br>Montross, VA 22520 | | - | | | 11/05/2009<br>**Trade debt -- Landscaping vendor** | | | | 2,572.45 |
| Account No.<br><br>Richmond Alarm<br>14121 Justice Rd<br>Midlothian, VA 23113 | | - | | | 04/23/2008<br>**Trade debt** | | | | 258.00 |
| Account No.<br><br>Riverside Farms<br>18201 Sandy Point Road<br>Charles City, VA 23030 | | - | | | 05/04/2010<br>**Trade debt** | | | | 646.00 |
| Account No.  665536<br><br>RSC Equipment Rental<br>PO Box 840514<br>Dallas, TX 75284-0514 | | - | | | 03/08/2010<br>**Trade debt -- Equipment rentals** | | | | 395.97 |
| Account No.<br><br>Sam's Club<br>PO Box 530970<br>Atlanta, GA 30353-0970 | | - | | | 11/17/1997<br>**Trade debt** | | | | 1,186.84 |

Sheet no. __8__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,059.26

B6F (Official Form 6F) (12/07) - Cont.

In re    **Woodlawn Landscaping, Inc.**                                     ,     Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | 04/12/2006 Trade debt | | | | |
| SDI 7825 Parham Landing Road West Point, VA 23181 | | | | | | | | 214.60 |
| Account No. **WOODL10** | | - | | 09/15/2009 Trade debt -- Landscaping vendor | | | | |
| Shreckhise Nurseries PO Box 428 Grottoes, VA 24441 | | | | | | | | 3,377.50 |
| Account No. **128980** | | - | | 03/14/2005 Trade debt | | | | |
| Smith Turf STI Holdings, Inc. PO Box 669388 Charlotte, NC 28266 | | | | | | | | 11,492.15 |
| Account No. | | - | | 02/03/2009 Trade debt | | | | |
| Spring Hill Nurseries 5707 Cross Country Road Mineral, VA 23117 | | | | | | | | 2,860.25 |
| Account No. **458375** | | - | | 10/30/2006 Trade debt -- Equipment rentals | | | | |
| Sunbelt Rentals PO Box 281961 Atlanta, GA 30384-1961 | | | | | | | | 3,988.13 |

Sheet no. __9__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              21,932.63

B6F (Official Form 6F) (12/07) - Cont.

In re    **Woodlawn Landscaping, Inc.**                                              ,      Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Swift Creek Berry Farm** <br> **17210 Genito Rd** <br> **Moseley, VA 23120** | | - | **11/08/1999** <br> **Trade debt -- Landscaping supplier** | | | | 5,827.32 |
| Account No. **73846** <br><br> **Sydnor Hydro** <br> **PO Box 27186** <br> **Richmond, VA 23261** | | - | **03/21/2011** <br> **Trade debt** | | | | 852.81 |
| Account No. <br><br> **Thomas Miller** <br> **2716 Seabrook Island Rd.** <br> **Johns Island, SC 29455** | | - | **2011** <br> **Customer refund on unused portion of prepayment** | | | | 1,974.20 |
| Account No. **4825093020** <br><br> **Trugreen** <br> **PO Box 9001501** <br> **Louisville, KY 40290-1501** | | - | **11/10/2010** <br> **Trade debt -- Lawn care and maintenance** | | | | 765.34 |
| Account No. **1043020** <br><br> **United Rentals** <br> **PO Box 100711** <br> **Atlanta, GA 30384-0711** | | - | **01/07/2008** <br> **Trade debt -- Equipment rentals** | | | | 1,816.05 |

Sheet no. __10__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,235.72

B6F (Official Form 6F) (12/07) - Cont.

In re   **Woodlawn Landscaping, Inc.**                                    ,        Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Virginia Resources Recycled**<br>**PO Box 1150**<br>**Midlothian, VA 23113** | - | | 01/21/2008<br>**Trade debt -- Landscaping vendor** | | | | 10,406.95 |
| Account No. **326**<br><br>**WCAMC**<br>**PO Box K-12**<br>**Richmond, VA 23288** | - | | 07/18/2011<br>**Trade debt** | | | | 1,596.00 |
| Account No. **5474-6488-0366-9722**<br><br>**Wells Fargo**<br>**Payment Remittance Center**<br>**PO Box 6426**<br>**Carol Stream, IL 60197-6426** | - | | 12/03/2008<br>**Trade debt -- Business credit card** | | | | 13,500.00 |
| Account No. **GV11000406-00**<br><br>**Wolcott, Rivers, Gates**<br>**Convergence Center IV**<br>**301 Bendix Rd., Ste. 500**<br>**Virginia Beach, VA 23452-1385** | - | | 04/2010<br>**Attorney fees**<br>**Papco, Inc. v. Woodlawn Landscapining, Inc.**<br>**and Michael P. Wood** | | | | 688.98 |
| Account No. **0007341**<br><br>**Yard Works**<br>**19001 Hull Street Rd.**<br>**Moseley, VA 23120** | - | | 09/30/1997<br>**Trade debt -- Landscaping supplier** | | | | 18,642.13 |

| | |
|---|---|
| Sheet no. __11__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page)  **44,834.06** |
| | Total<br>(Report on Summary of Schedules)  **298,370.23** |

B6G (Official Form 6G) (12/07)

.

In re    **Woodlawn Landscaping, Inc.**                                                   ,    Case No. _____
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| A. R. Curtis<br>563 Fed Lane<br>Manakin Sabot, VA 23103-2155 | Business customer -- Monthly maintenance contract for $680.50 |
| ACS West, Inc.<br>PO Box 11361<br>Richmond, VA 23230 | Business customer -- Monthly maintenance contract for $8,657 |
| Amerisource Bergen Services<br>9900 Jeb Stuart Parkway<br>Attn: Robert Keller<br>Glen Allen, VA 23059 | Business customer -- Monthly maintenance contract for $1,333 |
| Angie Asal<br>3535 Richards Run<br>Powhatan, VA 23139 | Business customer -- Annual maintenance contract for $2,400 |
| Cathy Treutel<br>606 Fed Lane<br>Manakin Sabot, VA 23103 | Business customer -- Monthly maintenance contract for $178 |
| Central Virginia Bank<br>PO Box 39<br>Powhatan, VA 23139 | Business customer -- Annual maintenance contract for $2,664 |
| Chick-Fil-A<br>1590 Koger Center Blvd<br>Richmond, VA 23235 | Business customer -- Monthly maintenance contract for $300.91 |
| Chuck Hayward<br>9100 White Chimney Lane<br>Great Falls, VA 22066 | Business customer -- Monthly maintenance contract for $154 |
| Cross Creek Apartments<br>7660 Van Hoy Drive<br>Richmond, VA 23235 | Business customer -- Monthly maintenance contract for $3,343 |
| Daly Seven, Inc.<br>4829 Riverside Drive<br>Attn: Barry Toms<br>Danville, VA 24541 | Business customer -- Monthly maintenance contract for $1,372 |
| David Wasik<br>3817 Houndstooth Court<br>Richmond, VA 23233-7678 | Business customer -- Monthly maintenance contract for $287 |

**2**

____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re     **Woodlawn Landscaping, Inc.**
_____,     Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Domestic Uniform Rental**<br>**1321 N. 17th Street**<br>**Richmond, VA 23218** | **Business uniform lease.  Expiration date: 04/2012** |
| **Doug Sowers**<br>**1475 Oakbridge Court**<br>**Powhatan, VA 23139** | **Business customer -- Monthly maintenance contract for $457** |
| **Essex Bank**<br>**2320 Anderson Hwy**<br>**Powhatan, VA 23139** | **Business customer -- Monthly maintenance contract for $344** |
| **Firestone Tire**<br>**13725 Midlothian Tnpk**<br>**Midlothian, VA 23234** | **Business customer -- Monthly maintenance contract for $401.66** |
| **Glen Burnie Nursing and Rehab**<br>**1901 Libbie Avenue**<br>**Richmond, VA 23226** | **Business customer -- Monthly maintenance contract for $1,400** |
| **Grubb & Ellis/Harrison & Bates**<br>**6606 West Broad St**<br>**Ste. 400**<br>**Richmond, VA 23230-1072** | **Business customer -- Monthly maintenance contract for $240.76** |
| **Hallmark Youthcare Richmond**<br>**12800 West Creek Parkway**<br>**Richmond, VA 23238** | **Business customer -- Monthly maintenance contract for $650** |
| **Joseph C. Love, Jr.**<br>**2305 Cranborne Road**<br>**Midlothian, VA 23113** | **Business customer -- Annual maintenance contract for $2,319** |
| **Kasha Investments, LLC**<br>**3145 Marietta Highway**<br>**Canton, GA 30114** | **Business customer -- Monthly maintenance contract for $278** |
| **Kenneth Wheeler**<br>**225 Hixson Drive**<br>**Richmond, VA 23236-3182** | **Business customer -- Monthly maintenance contract for $178** |
| **Leipertz Construction**<br>**PO Box 266**<br>**Midlothian, VA 23113** | **Subcontract agreement, 04/04/2011**<br>**Debtor is subcontractor, and Leipertz Construction is general contractor**<br>**Re: Trafco Car Wash, 13410 Midlothian Turnpike, Chesterfield County, VA** |
| **Marion H. Schwenk**<br>**224 Hixson Drive**<br>**Richmond, VA 23236-3184** | **Business customer -- Monthly maintenance contract for $209** |

Sheet ___**1**___ of ___**2**___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Woodlawn Landscaping, Inc.**                    ,      Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Powhatan County Parks and Rec**<br>**3834 Old Buckingham Rd**<br>**Suite A**<br>**Powhatan, VA 23139** | **Business customer -- Monthly maintenance contract for $1,900** |
| **Powhatan County Public Schools**<br>**2320 Skaggs Rd**<br>**Powhatan, VA 23139** | **Business customer -- Monthly maintenance contract for $6,712** |
| **Service Insurance Agency**<br>**6850 Catawba Lane**<br>**Richmond, VA 23226** | **Business customer -- Monthly maintenance contract for $280** |
| **Suburban Extended Stay Hotel**<br>**7831 Shrader Rd**<br>**Richmond, VA 23294** | **Business customer -- Monthly maintenance contract for $495** |
| **Wayne Boggs**<br>**2820 Park Ridge Road**<br>**Midlothian, VA 23113** | **Business customer -- Monthly maintenance contract for $219** |
| **Whitney Mason & Co., LLC**<br>**Attn: Ben Black**<br>**1935 Brook Farm Court**<br>**Woodbridge, VA 22192** | **Business customer -- Monthly maintenance contract for $652** |
| **YMCA-Powhatan**<br>**2269 Mann Rd**<br>**Powhatan, VA 23139** | **Business customer -- Monthly maintenance contract for $670** |

Sheet   **2**   of   **2**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Woodlawn Landscaping, Inc.**                                                    ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re   **Woodlawn Landscaping, Inc.**                 Case No.   _____

                                Debtor(s)         Chapter    **11**  _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

         I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **33**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **September 28, 2011**_____          Signature   **/s/ Michael P. Wood**_____

                                                              **Michael P. Wood**
                                                              **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Eastern District of Virginia

In re   **Woodlawn Landscaping, Inc.**                                          Case No.
                                        Debtor(s)                      Chapter      **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$350,000.00** | **2011 YTD: Debtor Woodlawn Professional Lawn Care, Inc., Gross Sales Revenue** |
| **$1,365,954.00** | **2010: Debtor Woodlawn Professional Lawn Care, Inc., Gross Sales Revenue** |
| **$1,167,061.00** | **2009: Debtor Woodlawn Professional Lawn Care, Inc., Gross Sales Revenue** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

2

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Ford Credit**<br>**PO Box 94380**<br>**Palatine, IL 60094** | **Monthly automobile installment payments of $2751.65 and $27,415.28 paid 09/2011 for sale of Ford F750.** | **$35,670.23** | **$79,375.45** |
| **Sheetz Advantage Card**<br>**PO Box 6293**<br>**Carol Stream, IL 60197-6293** | 08/2011 | $27,687.55 | $0.00 |
| **Healthkeepers, Inc.**<br>**PO Box 17499**<br>**Baltimore, MD 21297-1499** | 07/2011 | $7,138.08 | $0.00 |
| **Suntrust Bank**<br>**CLS Monetary**<br>**PO Box 305008**<br>**Nashville, TN 37230** | 03/2011 | $18,947.37 | $0.00 |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of
☐     this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses
       whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **John Deere Landscapes, Inc.,  Plaintiff**<br>**v.**<br>**Ritchie-Curbow Construction Company, Inc.**<br>**and**<br>**Westfield Insurance Company**<br>**and**<br>**Woodlawn Landscaping, Inc.**<br>**and**<br>**Michael P. Wood, Defendants**<br><br>**Case No. 800CL11000633-00** | **Civil** | **Suffolk Circuit Court**<br>**Civil Division**<br>**150 N. Main Street**<br>**Suffolk, VA** | **Pending** |
| **Papco, Inc., Plaintiff**<br>**v.**<br>**Woodlawn Landscaping, Inc. and Michael P.**<br>**Wood, Defendants**<br>**GV11000416-00**<br><br>**Case No. GV11000416-00** | **Civil** | **Powhatan County**<br>**3880-D Old Buckingham Road**<br>**Courthouse**<br>**Powhatan, VA 23139-7052** | **Pending**<br>**Hearing:**<br>**10/07/2011 at**<br>**1:00 PM** |
| **Commonwealth of Virgina**<br>**v.**<br>**Christopher Michael Hubbard**<br>**Case No. CR11000038-00** | **Criminal --**<br>**Embezzlement** | **Powhatan Circuit Court**<br>**3880 Old Buckingham Road**<br>**Suite C**<br>**Powhatan, VA 23139-0037** | **Pre-sentencin**<br>**g 10/11/2011**<br>**on Felony**<br>**Class U**<br>**Conviction** |
| **Meadowspring Turf, LLC, Plaintiff**<br>**v.**<br>**Woodlawn Landscaping, Inc.**<br>**and**<br>**Michael P. Wood, Defendants**<br>**Case No. GV11000462** | **Civil Claim for**<br>**Money** | **Powhatan General District Court**<br>**3880-D Old Buckingham Road**<br>**Courthouse**<br>**Powhatan, VA 23139** | **Pending**<br>**Hearing:**<br>**10/07/2011 at**<br>**1:00 PM** |

None   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
■     preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
       property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
       filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
■     returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12
       or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
       spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
☑   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☑   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
☑   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
☑   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Graham T. Jennings, Jr., PC**<br>**3810 Courthouse Tavern Lane**<br>**Powhatan, VA 23139-7055** | **07/2011** | **Attorney Fee: $23,942, Filing Fee: $1039, Financial Management Course: $19** |

**10. Other transfers**

None
☐   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Eric George**<br>**400 Leonard Rd**<br>**Fredericksburg, VA 22405** | **09/2011** | **Transferred Property: 2003 white Chevrolet 2500, 126,000 miles Sale Price: $9,500** |

5

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Dan Hearn<br>1877 Nichols Rd<br>Powhatan, VA 23139 | 06/30/2011 | Transferred Property: Harley Rake<br>Sale Price: $2,000 |
| Yara Acker<br>2672 Ridge Rd<br>Charlottesville, VA 22901 | 09/08/2011 | Transferred Property:  Ditch Witch, Mini Skid, Augers, Tree Forks, Trencher, and Bucket<br>Sale Price: $8,000 |
| Cotman Construction<br>Corey Cotman<br>7701 Bradbury Rd<br>Henrico, VA 23231 | 09/19/2011 | Transferred Property: 2007 Caterpillar, 26TB Skid Steer, including 4-inch Bucket, Pallet Forks, and Snow Blade<br>Sale Price: $20,000 |
| Starke Enterprises<br>472 US Highway 1 North<br>Youngsville, NC 27596 | 10/25/2010 | Transferred Property: 2006 Ford E250 Ecoline Van<br>Sale Price: $7,000 |
| Ethan Yost<br>Powhatan, VA 23139 | 11/19/2010 | Transferred Property: 1996 E350 Ford<br>Sale Price: $1,800 |
| Jimmy Hicks<br>3607 Pacetown Road<br>Sandy Hook, VA 23153 | 07/25/2011 | Transferred Property: 1989 International Utility Trailer - 12', Bushhog Aerator - 5', Scag Turf Tiger 60" Zero Turn Mower<br>Sale Price: $2,050 |
| Yara Acker<br>2672 Ridge Road<br>Charlottesville, VA 22901 | 09/08/2011 | Transferred Property: Classen TA-25 Aerator<br>Sale Price: $1,160 |
| Brock McAllister<br>11520 Snowy Ridge Ct.<br>Dinwiddie, VA 23841 | 07/27/2011 | Transferred Property: ZD21 Kubota Zero Turn Mower, 1997 Kaufman 16' Trailer<br>Sale Price: $3,000 |
| James Young<br>Amelia Court House, VA 23002 | 09/08/2011 | Transferred Property: Honda Tiller<br>Sale Price:  $200 |
| DJ Sales<br>Equipment and Rental<br>David M. Jessup<br>306 Lee Layne Rd<br>Ramseur, NC 27316 | 09/07/2011 | Transferred Property: 2007 F750 Ford<br>Sale Price: $28,500 |
| Stanton Rodriguez<br>17400 Mustang Way<br>Culpeper, VA 22701 | 07/25/2011 | Transferred Property: 2004 Ford F250, 6' Meter Snow Plow<br>Sale Price: $7250 |

None  ■    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

## 11.  Closed financial accounts

None  ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

6

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Best Case Bankruptcy

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

---

**18 . Nature, location and name of business**

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| **Woodlawn Landscaping, Inc.** | 54-1427129 | **2431 New Dorset Terrace Powhatan, VA 23139** | **Lawn maintenance, landscape installation, irrigation maintenance and installation FDBA Woodlawn Professional Law Care, Inc.** | **1987 to present** |
| **Woodlawn Ventures** | 01-0687968 | **2431 New Dorset Terrace Powhatan, VA 23139** | **S Corporation, building payments to CVB and CAT Financial (equipment)** | **2003 to present** |

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None □
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Eric Bartland, CPA**<br>**3887 Old Buckingham Rd**<br>**Powhatan, VA 23139** | **Business accountant for 2009 and 2010** |

None □
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Eric Bartland, CPA** | **3887 Old Buckingham Rd**<br>**Powhatan, VA 23139** | **2009 and 2010** |

None □
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Eric Bartland, CPA** | **3887 Old Buckingham Rd**<br>**Powhatan, VA 23139** |
| **Michael P. Wood** | **3621 Branch Lake Court**<br>**Powhatan, VA 23139** |

None ■
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None ■
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None □
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Michael P. Wood**<br>**3621 Branch Lake Ct**<br>**Powhatan, VA 23139** | **President** | **Owner, 100% stock ownership** |

9

**22 . Former partners, officers, directors and shareholders**

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
☐

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|
| **Shane M. Wood**<br>**1596 Running Fox Drive**<br>**Powhatan, VA 23139** | **Secretary** | **07/01/2011** |
| **Nicholas P. Wood**<br>**3419 Pleasants Road**<br>**Powhatan, VA 23139** | **Vice President** | **07/01/2011** |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **September 28, 2011**                Signature   **/s/ Michael P. Wood**
                                                          **Michael P. Wood**
                                                          **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form B203                                                                                2005 USBC, Eastern District of Virginia

# United States Bankruptcy Court
## Eastern District of Virginia

In re   **Woodlawn Landscaping, Inc.**                               Case No.
                                                    Debtor(s)        Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **23,942.00** |
| Prior to the filing of this statement I have received | $ | **23,942.00** |
| Balance Due | $ | **0.00** |

2.    $   **1,039.00**   of the filing fee has been paid.

3.    The source of the compensation paid to me was:

■ Debtor        ☐ Other *(specify)*

4.    The source of compensation to be paid to me is:

■ Debtor        ☐ Other *(specify)*

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  Other provisions as needed:
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

Form B203 - Continued                                                                  2005 USBC, Eastern District of Virginia

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **September 28, 2011** | **/s/ Graham T. Jennings, Jr., PC** |
| *Date* | **Graham T. Jennings, Jr., PC** |
| | *Signature of Attorney* |
| | |
| | **Graham T. Jennings, Jr., P.C.** |
| | *Name of Law Firm* |
| | **P.O. Box 426** |
| | **Powhatan, VA 23139** |
| | **(804) 598-7912   Fax: (804) 591-0323** |

---

*For use in Chapter 13 Cases where Fees Requested Not in Excess of $3,000*
*(For all Cases Filed on or after 10/17/2005)*

## NOTICE TO DEBTOR(S) AND STANDING TRUSTEE
## PURSUANT TO INTERIM PROCEDURE 2016-1(C)(7)

Notice is hereby given that pursuant to Local Bankruptcy Rule 2016-1(C)(7)(a), you have ten (10) business days from the meeting of creditors in this case in which to file an objection with the court to the fees requested in this disclosure of compensation opposing said fees in their entirety, or in a specific amount.

### PROOF OF SERVICE

The undersigned hereby certifies that on this date the foregoing Notice was served upon the debtor(s), the standing Chapter 13 Trustee, and U. S. Trustee pursuant to Interim Procedure 2016-1(C)(7)(a) and Local Bankruptcy Rule 2002-1(D)(1)(f), by first-class mail or electronically.

| | |
|---|---|
| *Date* | *Signature of Attorney* |

---

# United States Bankruptcy Court
### Eastern District of Virginia

In re   **Woodlawn Landscaping, Inc.** _____ ,   Case No. _____

                                           Debtor              Chapter _____**11**_____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **None** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**September 28, 2011**_____        Signature _**/s/ Michael P. Wood**_____

                                                                   **Michael P. Wood**
                                                                   **President**

_Penalty for making a false statement or concealing property_: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

__0__ continuation sheets attached to List of Equity Security Holders

```
ACF Environmental
PO Box 758763
Baltimore, MD 21275-8763


Advanta
PO Box 5657
Hicksville, NY 11802-5657


Agrium
PO Box 532076
Atlanta, GA 30353-2076


AM Leonard
241 Fox Drive
Piqua, OH 45356-0816


American Express
PO Box 360001
Fort Lauderdale, FL 33336-0001


Arnie B. Mason
8405 Greensboro Drive
Suite 100
Mc Lean, VA 22102


Bank of America
PO Box 60073
City of Industry, CA 91716-0073


Burt and Associates
6700 Pinecrest Dr.
Ste. 150
Plano, TX 75024


Caine and Weiner
9960 Corporate Campus Dr.
Louisville, KY 40223


Caroll Tire
PO Box 277612
Atlanta, GA 30384-7612


Carter Machinery Co, Inc.
PO Box 751053
Charlotte, NC 28275-1053
```

Carter Rental
PO Box 751053
Charlotte, NC 28275-1053


Central Insurance Company
PO Box 828
Van Wert, OH 45891-0828


Chase
PO Box 15153
Wilmington, DE 19886-5153


Colesville Nursery
PO Box 208
Ashland, VA 23005


Davis Merchant Equipment
2605 Anderson Highway
Powhatan, VA 23139-8905


DCF Construction
24073 Sparta Road
Milford, VA 22514


Ditch Witch of VA
11053 Washington Hwy
PO Box 66
Glen Allen, VA 23059


Domestic Uniform Rental
PO Box 1725
Richmond, VA 23218


ECS, LLC
14026 Thunderbolt Place
Suite 100
Chantilly, VA 20151


Edward S. Whitlock, III, Esq.
10160 Staples Mill Road
Suite 105
Glen Allen, VA 23060

Eric Bartland, CPA PC
PO Box 1093
Powhatan, VA 23139


Exxon Mobil
PO Box 5727
Carol Stream, IL 60197-5727


FleetCor
PO Box 70997
Suite 300
Charlotte, NC 28272-0997


Ford Credit
PO Box 94380
Palatine, IL 60094


General Auditing Bureau
PO Box 9658
Minneapolis, MN 55440


Gerald J. O'Brien
9055 Comprint Court
Suite 340
Gaithersburg, MD 20877-1310


GL Cornell
16031 Industrial Drive
Gaithersburg, MD 20877-1452


Goldman, Evans, Trammell
10329 Cross Creek Blvd.
Ste. F
Tampa, FL 33647


Hertz Equipment Rental
PO Box 650280
Dallas, TX 75265


Hunter Warfield, Inc.
PO Box 41309
Nashville, TN 37204

Hurricane Fence
PO Box 27527
Richmond, VA 23261-7527


Hustler GE Money
PO Box 960061
Orlando, FL 32896-0061


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Jericho Farms
380 Washington Street
Pikeville, NC 27863


John Deere Financial
6400 NW 86th St.
PO Box 6600
Johnston, IA 50131-6600


John Deere Landscapes
743 Grove Road
Midlothian, VA 23114


Jones, Blechman, Woltz & Kelly
701 Town Center Drive
Suite 800
Newport News, VA 23606


Lancaster Farms
5800 Knotts Neck Rd.
Suffolk, VA 23435-1840


Landscape Supply
PO Box 12706
Roanoke, VA 24027


Larry Roach
155 Montrose West Ave.
Ste. 200
Copley, OH 44321

Leipertz Construction
PO Box 266
Midlothian, VA 23113


Lesco Credit Services
PO Box 530970
Atlanta, GA 30353-0970


Maintenance Service
4131 Hunter's Ridge Drive
Moseley, VA 23120


Mark Kirkorsky
1119 W. Southern Ave.
Mesa, AZ 85210


Meadowspring Turf
17820 The Glebe Lane
Charles City, VA 23030-3829


Monarch Recovery Management
10965 Decatur Rd.
Philadelphia, PA 19154


Nationwide Credit
1150 E. University Dr.
Tempe, AZ 85281


Papco, Inc.
4920 Southern Blvd
Virginia Beach, VA 23462


PJ's Special Services
13801 N. Lodore Rd.
Amelia Court House, VA 23002


Quill Corporation
PO Box 37600
Philadelphia, PA 19101-0600


Randall and Richards
5151 E. Broadway Blvd.
Ste. 800
Tucson, AZ 85711

Randall W. Kreglow
Hatmaker and Associates
1156 S US Highway 1
Vero Beach, FL 32962


RBI Corporation
PO Box 9318
Richmond, VA 23227


Red Oak Nurseries
22111 Kings Hwy
Montross, VA 22520


Richmond Alarm
14121 Justice Rd
Midlothian, VA 23113


Riverside Farms
18201 Sandy Point Road
Charles City, VA 23030


RMC
400 W. Cummings Park
Ste. 4450
Woburn, MA 01801


RMS
4836 Brecksville Rd.
Richfield, OH 44286


RSC Equipment Rental
PO Box 840514
Dallas, TX 75284-0514


Sam's Club
PO Box 530970
Atlanta, GA 30353-0970


SDI
7825 Parham Landing Road
West Point, VA 23181


Shreckhise Nurseries
PO Box 428
Grottoes, VA 24441

Smith Turf
STI Holdings, Inc.
PO Box 669388
Charlotte, NC 28266


Spring Hill Nurseries
5707 Cross Country Road
Mineral, VA 23117


Sunbelt Rentals
PO Box 281961
Atlanta, GA 30384-1961


Swift Creek Berry Farm
17210 Genito Rd
Moseley, VA 23120


Sydnor Hydro
PO Box 27186
Richmond, VA 23261


The Rahman Group, LLC
8905 B Three Chopt Road
Richmond, VA 23229


Thomas Miller
2716 Seabrook Island Rd.
Johns Island, SC 29455


Timothy Leahy
6700 Pinecrest Dr.
Ste. 150
Plano, TX 75024


Transworld Systems, Inc.
1608 Spring Hill Rd.
Vienna, VA 22182


Trugreen
PO Box 9001501
Louisville, KY 40290-1501


United Recovery Systems
5800 N. Course Dr.
Houston, TX 77072

United Rentals
PO Box 100711
Atlanta, GA 30384-0711


VA Department of Taxation
PO Box 1777
Richmond, VA 23218


Virginia Employment Commission
PO Box 1358
Richmond, VA 23218-1358


Virginia Resources Recycled
PO Box 1150
Midlothian, VA 23113


WCAMC
PO Box K-12
Richmond, VA 23288


Wells Fargo
Payment Remittance Center
PO Box 6426
Carol Stream, IL 60197-6426


Wolcott, Rivers, Gates
Convergence Center IV
301 Bendix Rd., Ste. 500
Virginia Beach, VA 23452-1385


Wolcott, Rivers, Gates
301 Bendix Rd.
Ste. 500
Virginia Beach, VA 23452


Yard Works
19001 Hull Street Rd.
Moseley, VA 23120

# United States Bankruptcy Court
### Eastern District of Virginia

In re  **Woodlawn Landscaping, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Woodlawn Landscaping, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 28, 2011**

Date

**/s/ Graham T. Jennings, Jr., PC**

**Graham T. Jennings, Jr., PC**

Signature of Attorney or Litigant

Counsel for  **Woodlawn Landscaping, Inc.**

**Graham T. Jennings, Jr., P.C.**
**P.O. Box 426**
**Powhatan, VA 23139**
**(804) 598-7912 Fax:(804) 591-0323**
**powlaw@juno.com**